IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN DICKEY**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 4:11CV00552 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff John Dickey.

DATED this 3rd day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE